UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                                    Case No. 2:23–cr–20191–LJM–DRG
                                                      Hon. Laurie J. Michelson

Mitchell Edward Fisher,

           Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear: Mitchell Edward Fisher

The defendant(s) shall appear before District Judge Laurie J. Michelson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- SENTENCING: May 30, 2025 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

           By: s/Tina M Damoah
           Case Manager

Dated: April 15, 2025