UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        CR. NO. 23-20191

v.                                 HON. LAURIE J. MICHELSON

MITCHELL EDWARD FISHER,

        Defendant.
_____/

**STIPULATION AND ORDER REGARDING
IMPOSITION OF SPECIAL ASSESSMENT**

The United States of America and Defendant Mitchell Edward Fisher, by and through counsel, hereby stipulate and jointly move the Court to enter this Order imposing a $750.00 special assessment pursuant to the Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018.

IT IS SO STIPULATED.

| | |
|---|---|
| *s/ Diane Princ* | *s/Nancy McGunn* |
| Diane Princ | Nancy McGunn |
| Assistant United States Attorney | Attorney for Mitchell Fisher |
| 211 W. Fort Street, Suite 2001 | 613 Abbott, Suite 500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| Diane.Princ@usdoj.gov | Nancy_McGunn@fd.org |
| (313) 226-9524 | (313) 967-5846 |

UPON STIPULATION by and between the parties, the Judgment and Commitment Order shall reflect the imposition of a $750.00 special assessment, pursuant to the Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018.

IT IS SO ORDERED.

s/Laurie J. Michelson  
Hon. Laurie J. Michelson  
United States District Judge

Entered: June 12, 2025